```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

                - against -

ELVIN GERMAN, and
VANESSA GOMEZ,

                                  Defendants.
--------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  4/15/2021

**SCHEDULING NOTICE**

21 Cr. 0245 (ER)

An arraignment will be held remotely and by telephone on **April 20, 2021 at 10:00 a.m.** The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

Dated:  April 15, 2021
        New York, New York

                                        s/ Jazmin Rivera
                                        Jazmin Rivera, Courtroom Deputy