**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

September 1, 2021

**MEMO ENDORSED**

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The request is GRANTED. The September 10, 2021 conference is adjourned to October 5, 2021 at 3:30pm. The request to exclude speedy trial time until October 5, 2021 is GRANTED. It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 9/2/2021
> New York, New York

Re: *United States v. Elvin German*
21 Cr. 245 (ER)

Dear Judge Ramos:

Please recall that I represent Mr. Elvin German in his defense of the above-referenced matter. Mr. German is presently scheduled to appear before Your Honor on September 10, 2021 at 10:00 a.m. for a pretrial conference. For the reasons that follow, I write to respectfully request that Your Honor grant a 30-day adjournment of the pretrial conference. This is the defense's third adjournment request in this matter. I have conferred with A.U.S.A. Danielle Kudla, and the Government consents to this request.

As Your Honor is aware, the parties have been engaging in good faith negotiations towards a possible resolution of this matter, and this past Saturday, August 28, 2021, the Government provided the defense with a proposed plea agreement. The requested adjournment is necessary to enable me to thoroughly review the proposed plea agreement with Mr. German and to possibly further negotiate the offer.

Therefore, I write to respectfully request that Your Honor grant a 30-day adjournment of the pretrial conference in the above-captioned matter. The parties respectfully request that the Court schedule a status conference for the week of October 4, 2021, or a date convenient to the Court thereafter, and if the parties come to an agreement beforehand, we will notify Chambers to seek a change of plea hearing date.[1] The defense has no objection to the exclusion of time under the Speedy Trial Act. Thank you for your consideration.

Respectfully submitted,

Mark I. Cohen, Esq.

MIC/gmf

Cc: A.U.S.A. Danielle Kudla (via ECF)
Mr. Elvin German (via email)

---

[1] I am unavailable to appear from October 6 through October 13, 2021 for personal reasons.