# JOHN L. RUSSO
*Attorney at Law*
31-19 Newtown Avenue · Suite 500
Astoria, New York 11102
Tel:   718 · 777 · 1277
Fax:   718 · 204-2310
Email:   Johnlawny@msn.com

OF COUNSEL
Milton Florez, *Esq.*
Michael Horn, *Esq.*

LEGAL ASSISTANT
Maria Nunez

**MEMO ENDORSED**

July 6, 2022

**Via ECF**
Hon. Edgardo Ramos
Judge United States District Court
Southern District of New York
40 Foley Square
New York, NY

> Mr. German's surrender date is extended to August 30, 2022. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:   7/8/2022
> New York, New York

Re: Elvin German
Case #: 1:21 CR 00245(ER)

Your Honor:

This office has just been retained by Elvin German, the defendant in the above referenced matter who was sentenced by the Court on May 10, 2022 to a term of incarceration of 48 months to be followed by 3 years of post-release supervision. Mr. German received notification dated June 24, 2022, which directed to report to the BOP facility at Lewisburg, Pennsylvania on July 11, 2022. Mr. German has been unable to continue with his prior attorney for this application.

**We write now to respectfully request a 6-week extension of Mr. German's surrender date until August 30th so that Mr. German Valdez can complete the arrangements to provide necessary financial support for his 4 minor children (ages 17, 14, 10 and 4) which will, hopefully, defray the financial detriment which will result from Mr. German's incarceration. Mr. German continues to work gainfully at Taller Cocina and hopes to make substantial earnings during the busy summer months, which he can leave with the Mothers of his children before his surrender.**

The Court's consideration of this request is respectfully and greatly appreciated. Thank you.

Respectfully submitted,

*John L. Russo, Esq.*

J.L. Russo, P.C.   (JR6200)
31-19 Newtown Ave., Suite 500
Astoria, NY 11102
(718)777-1277
JLRussoPC@Gmail.com

1