**FREEMAN, NOOTER & GINSBERG**
ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG

75 MAIDEN LANE  
SUITE 503  
NEW YORK, N.Y. 10038

(212) 608-0808  
TELECOPIER (212) 962-9696

*NY AND CALIF. BARS

November 1, 2022

Honorable Edgardo Ramos  
United States District Judge  
Southern District of New York  
Thurgood Marshal Courthouse  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**, Pg. 2.

CONSENT LETTER MOTION

RE: <u>United States v. Vanessa Gomez, et al., 21 Cr. 245 (ER)</u>

Your Honor:

I am the attorney who represented Ms. Gomez during the time her case was pending before Your Honor earlier this year.

Ms. Gomez was sentenced on May 11, 2022, to "time served," to be followed by three years supervised release, of which six months is to be served on home confinement.

On November 15, 2022 Ms. Gomez is expected to be finished with the home confinement portion of the sentence, but will remain on supervised release.

I am writing on her behalf now to respectfully request permission for her to travel outside of the United States for a brief trip to the Dominican Republic during the Thanksgiving holiday. The exact dates will depend on what flight arrangements she can make, but she will coordinate with her Probation Officer on the dates. She expects to stay with her mother at the "Residencia Odette, C. Vientos del Sur in Santo Domingo for about four days.

The reason for the request is for her to see her 90-year-old grandmother, who is apparently somewhat close to dying, as well as visit her mother.

Ms. Gomez is supervised by USPO Pierre Reyes, phone number is (646)

300-5334 who has no objection, but needs the Court's permission to allow her to travel outside of the country.

I have also consulted with the Assistant United States Attorney who handled her case for the government, Ms. Danielle M. Kudla, Esq., and she has no objection.

I thank the Court in advance for Your Honor's consideration of this application.

Sincerely,

*/s/ Thomas H. Nooter*
Attorney for Defendant Vanessa Gomez

cc:   AUSA Danielle M. Kudla, by ECF
      USPO Pierre Reyes, by email

---

The application to travel outside of the United States as described above is granted. The Clerk of the Court is respectfully directed to terminate the motions, docs. 71 and 72.

SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: __11/7/2022__
New York, New York